849 A.2d 181

BARBARA MALDONADO, INDIVIDUALLY AND AS GUARDIAN AD LITEM OF JOSE CONCEPCION, JR., PLAINTIFF, v. T'CHAD LEEDS, DEFENDANT–MOVANT, AND CHURCH OF JESUS CHRIST LDS, ET AL., DEFENDANTS, AND CITY OF PATERSON, DEFENDANT–RESPONDENT.

April 26, 2004.

ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of *Buono v. Scalia*, 179 *N.J.* 131, 843 *A.2d* 1120 (2004).

Jurisdiction is not retained.

849 A.2d 181

VIRGINIA B. PUDER, PLAINTIFF–MOVANT, v.
KATHLEEN BUECHEL, DEFENDANT.

April 26, 2004.

ORDERED that the motion for reconsideration and the petition for certification is granted.